**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY LINSTON GILLILAN, :
:
    Plaintiff, :
:
v. : 1:07-CV-27 (WLS)
:
ROGER WALTON, ET. AL., :
:
    Defendants. :
_____ :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 27), filed January 30, 2008. It is recommended that Defendants' motion for summary judgment be granted. (Doc. No. 21). Plaintiff has not filed an objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion for summary judgment (Doc. No. 21) is **GRANTED.**

    SO ORDERED, this ___7th___ day of March, 2008.

                                                ___/s/W. Louis Sands___
                                               **W. Louis Sands, Judge**
                                               **United States District Court**